# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Arturo Villalobos, on behalf of himself and all other similarly situated persons, known and unknown, Plaintiffs,<br>v.<br><br>Al's Grill, Inc., and Vasilios Loutos, individually, Defendants. | Case No. 15-cv-4343<br><br>Hon. Judge Lefkow |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above entitled action, by their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action shall be dismissed with prejudice, each side to bear their own costs and attorneys' fees.

October 16, 2015

Respectfully submitted,

| | |
|---|---|
| **s/ Raisa Alicea**<br>Consumer Law Group, LLC<br>6232 N. Pulaski, Suite 200<br>Chicago, IL 60646 | **s/ Jonathan M. Boulahanis**<br>Gordon & Rees<br>1 North Franklin., Ste. 800<br>Chicago, IL 60606 |